CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
PAMELA R. PERRON
Assistant U.S. Attorney
970 Broad Street
Newark, New Jersey 07102
(973) 645-2836

**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| See Haeng Lee, | : | Hon. Peter G. Sheridan |
| Plaintiff, | : | Civil Action No. 08-1994 |
| vs. | : | |
| Peter D. Keisler, Attorney General of the U.S. and U.S. Citizenship and Immigration Services, | : | **ORDER OF DISMISSAL** |
| Defendants. | : | |

The defendants having moved for dismissal based upon the plaintiff's lack of standing and this Court's lack of subject matter jurisdiction, and the plaintiff, See Haeng Lee, having submitted *no* papers in opposition thereto, and the Court having carefully and thoroughly considered all the arguments presented, *and for the reasons set forth on the record*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is dismissed in its entirety and with*out* prejudice, without costs to any party.

Executed on:  ~~August~~ *Oct 14*, 2008
Newark, New Jersey

_____
PETER G. SHERIDAN, JUDGE
UNITED STATES DISTRICT COURT